# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAFAEL RODRIGUEZ
       Plaintiff,

No. 16-CV-1033(EGS)

v.

BERKS COUNTY, et al.
       Defendants

## PLAINTIFF'S PRETRIAL MEMORANDUM PURSUANT TO LOCAL RULE 16.1(c)

Plaintiff, Rafael Rodriguez, by his attorneys, The Rameau Law Firm, respectfully submits this pretrial memorandum.

(1) A brief statement of the nature of the action and the basis on which the jurisdiction of the court is invoked.

    a. This is an action involving claims of deliberate indifference against the individually named defendants pursuant to 42 U.S.C. 1983, municipal liability under *Monell* against the county and institutional defendants, Eighth Amendment violation against all defendants, and state law professional negligence claim against the medical defendants. Jurisdiction of this court is based upon a federal question for the federal claims and supplemental jurisdiction is based upon 28 USC 1367.

(2) A brief statement of the facts of the case.  All parties omit pejorative characterizations, hyperbole, and conclusory generalizations.

    a. Plaintiff was an inmate at Berks County Jail ("BCJ").  He began to experience abdominal pain on April 13, 2015 that worsened over time.  Plaintiff alleges that correction officers at times ignored plaintiff when he asked them for help. Plaintiff also alleges that the nursing staff did not treat him properly even though they knew the medications they had given him were ineffective. Plaintiff was moved to the medical unit on the evening of April 17, 2015. Plaintiff was not seen by a doctor, nurse practitioner or physician's assistant for his abdominal complaints until April 20, 2015 when the nurse practitioner sent plaintiff to Reading Hospital, where imaging revealed plaintiff suffered a perforated appendix. Plaintiff underwent emergency surgery to remove the ruptured appendix and washout the contamination within his abdominal cavity. Plaintiff remained hospitalized until April 26, 2015 when he was returned to the BCJ.  Within 24 hours plaintiff was sent back to Reading Hospital with an elevated heart rate, a high fever and an infection at the sight of his surgical wound.  Plaintiff was hospitalized for over a month as a result.

(3) A list of every item of monetary damages claimed, including (as appropriate) computations of lost earnings and loss of future earning capacity, medical expenses (itemized), property damages, etc.

   a. Compensatory damages for the violation of plaintiff's civil rights, to be determined by the jury

   b. Compensatory damages for plaintiff's pain and suffering, to be determined by the jury

   c. Punitive damages against the individual defendants, to be determined by a jury.

   d. Attorneys fees' and costs, to be determined after a verdict in favor of plaintiff.

(4) A list showing the names and addresses of all witnesses the party submitting the memorandum intends to call at trial. Liability and damages witnesses shall be designated separately.

   a. Liability Witnesses

      i. Rafael Rodriguez; 139 Wunder Street, Reading, Pennsylvania, 19602;

      ii. Warden Janine Quigley; Berks County Jail, 1287 County Welfare Road, Leesport, PA 19533;

      iii. Former Lt. Jeffrey Douglas; Berks County Jail, 1287 County Welfare Road, Leesport, PA 19533;

      iv. C.O. Christopher Vollmer; Berks County Jail, 1287 County Welfare Road, Leesport, PA 19533;

      v. Susan Roberts Mechling, LPN; Berks County Jail, 1287 County Welfare Road, Leesport, PA 19533;

    vi. Allison Young, RN; E8171 660th Aveneue, Elk Mound, Wisconsin, 54739

    vii. Paula Dillman-McGowan; CRNP; Berks County Jail, 1287 County Welfare Road, Leesport, PA 19533;

    viii. Sarah Hardy, RN; Berks County Jail, 1287 County Welfare Road, Leesport, PA 19533;

    ix. Elizabeth Garcia, LPN; Berks County Jail, 1287 County Welfare Road, Leesport, PA 19533;

    x. Kelly Scott, RN; Berks County Jail, 1287 County Welfare Road, Leesport, PA 19533;

    xi. Jessie Kirsch, PAC; Berks County Jail, 1287 County Welfare Road, Leesport, PA 19533;

b. Damages Witnesses

    i. Dr. Michael Brown; 3074 Weaver Road, Lititz, PA 17543

    ii. Dr. Cherise Hamblin; 301 South Seventh Avenue, Suite 305, West Reading, PA 19611

(5)   A schedule of all Exhibits to be offered at trial

| Ex. | Bates | Document Description |
|---|---|---|
| 1 | PCM1-159 | PrimeCare Medical Records for Plaintiff |
| 2 | Berks 1489-1637 | Reading Hospital Medical Records |
| 3 | Berks 645-649 | Reading Hospital Surgical Pathology Report |
| 4 | Berks 422-447 | Reading Hospital Billing Records |
| 5 | Berks 450- | St. Joseph Hospital Medical Records |

|    |                    |                                                               |
|----|--------------------|---------------------------------------------------------------|
|    | 512                |                                                               |
| 6  | Berks 358-364      | Rite Aid Pharmacy Records                                     |
| 7  | P360-362           | Photographs of Plaintiff                                      |
| 8  | P359               | Video of Plaintiff                                            |
| 9  |                    | Second video of Plaintiff                                     |
| 10 | Berks 558-585      | Logbooks of Plaintiff's Housing Areas                         |
| 11 | Berks 1398-1425    | Logbooks of Plaintiff's Housing Areas                         |
| 12 | Berks 1476-1488    | Logbooks of J-Unit—adjacent to Plaintiff's Housing Area       |
| 13 | Berks 73-80        | Observation Check Reports                                     |
| 14 | Berks 651-691      | Berks-PrimeCare Contract                                      |
| 15 | Berks 692-711      | Berks Standard Operating Procedures                           |
| 16 | PCM 1129-1131      | Access to Care Policy                                         |
| 17 | PCM 1132-1134      | Emergency Services Policy                                     |
| 18 | Berks 513-557      | Berks County Jail Shift Assignment Sheets                     |
| 19 | Berks 1436-1470    | Berks County Jail Shift Assignment Sheets                     |
| 20 |                    | Berks County Jail Shift Floatation and Relief Schedules       |
| 21 | Berks 1638-1657    | Berks County Jail System Supervisory Activity Logs            |
| 22 | PCM 520-683        | Personnel File of Paula Dillman-McGowan                       |
| 23 | PCM 684-725        | Personnel File of Sarah Hardy                                 |
| 24 | PCM 726-869        | Personnel File of Jesse Kirsh                                 |
| 25 | PCM 870-919        | Personnel File of Susan Roberts (nee Mechling)                |
| 26 | PCM 920-986        | Personnel File of Tracee Reeves                               |
| 27 | PCM 987-1049       | Personnel File of Elizabeth Garcia (nee Rodriguez)            |
| 28 | PCM 1050-1089      | Personnel File of Kelly Scott                                 |
| 29 | PCM 1090-1128      | Personnel File of Allison Young                               |

(6)    An estimate of the number of days required for trial
       a. Plaintiff anticipates needing 4-5 days to present his case.

(7)    Special comments regarding legal issues, stipulations, amendments of pleadings, or other appropriate matters.
       a. None

Dated:    Brooklyn, New York

          March 3, 2017

                                      _____/s/_____
                                      Amy Rameau, Esq.

                                      The Rameau Law Firm
                                      Attorney for Plaintiffs
                                      16 Court Street Suite 2504
                                      Brooklyn, New York 11241
                                      (718) 852-4759
                                      rameaulawny@gmail.com